IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHERRY A. RAYMOND )
)
v. ) No. 3:11-0055
)
MICHAEL J. ASTRUE, )
    Commissioner of Social Security )

O R D E R

The defendant's motion to file a Sur-Reply (Docket Entry No. 17) is GRANTED.

The Clerk is directed to file and docket the defendant's Sur-Reply (Docket Entry No. 17-1).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge