SHERRY ADELL RAYMOND, )
)
v. ) 3:11-0055
)
MICHAEL J. ASTRUE, Commissioner of Social
  Security.

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Griffin in which she recommends the Plaintiff's Motion for Judgment on the Administrative Record be denied and the action dismissed. No objections have been filed.

The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion for Judgment on the Administrative Record, Document #12, is **DENIED**, and the decision of the Commissioner is **AFFIRMED** and the case **DISMISSED.**

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge